**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

WILLIE FRANK WHITEHEAD,
Inmate No. E-139454,

      Plaintiff,

v.                                    CASE NO. 3:20cv5996-MCR-EMT

MARK INCH, et al.,

      Defendants.

_____/

## <u>O R D E R</u>

The chief magistrate judge issued a Report and Recommendation on January 5, 2021. ECF No. 2. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation, ECF No. 2, is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

3.      The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 10th day of June 2021.


_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.  3:20cv5996/MCR/EMT